BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>RICHARD RODRIGUEZ,<br><br>　　　　　　　　　Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**<br><br>Taxpayer:<br>**RICHARD RODRIGUEZ** |

　　　　Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

　　　　1.　　Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

　　　　2.　　By personal knowledge and knowledge of applicable procedures, LORENA RAMOS is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, California Area, Internal Revenue Service.  She is authorized to issue an Internal Revenue Service summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

3. By knowledge of the investigation, the respondent, RICHARD RODRIGUEZ, resides at 7233 W. Browning Avenue, Fresno, California  93723, within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer LORENA RAMOS is conducting an investigation of the respondent, RICHARD RODRIGUEZ, to secure information needed to collect Form 1040 assessed federal income taxes for the tax year ending December 31, 2007, and civil penalties for the quarterly tax periods ending June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, and September 30, 2011.  The assessed balance as of September 12, 2013, is approximately $751,329.

5. On information and belief, the respondent, RICHARD RODRIGUEZ, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on May 28, 2013, Revenue Officer LORENA RAMOS issued an Internal Revenue Service summons directing the respondent, RICHARD RODRIGUEZ, to appear before the Revenue Officer on June 28, 2013, at the hour of 2:00 p.m., at 2525 Capitol Street, Suite 206, Fresno, California, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on May 28, 2013, Revenue Officer LORENA RAMOS hand delivered an attested copy of the summons to RICHARD RODRIGUEZ at his current address of 7233 W. Browning Avenue, Fresno, California.  By personal knowledge and knowledge of the investigation, an accurate copy of the summons has been supplied for attachment hereto as Exhibit A to the petition. This Exhibit is hereby adopted by reference.

8. By personal knowledge, respondent, RICHARD RODRIGUEZ, did not appear on July 2, 2013, or otherwise respond to the summons in person, by phone or in writing.

9. By personal knowledge, respondent's above-described failure to comply with the summons continues to date.

10. By knowledge of the investigation, the testimony, books, records, papers and other data sought by the summons are not already in possession of the Internal Revenue Service.

11. By personal knowledge and knowledge of the investigation, the testimony and the books, records, papers and other data sought by the summons are necessary for the investigation of RICHARD RODRIGUEZ, to secure information needed to collect Form 1040 assessed federal income taxes for the tax year ending December 31, 2007, and civil penalties for the quarterly tax periods ending June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, and September 30, 2011.

12. By personal knowledge and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing respondent, RICHARD RODRIGUEZ, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof;

2. That this Court enter an order directing respondent, RICHARD RODRIGUEZ, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the terms of the summons, before Revenue Officer LORENA RAMOS or any other proper officer or employee of the Internal Revenue Service;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as is just and proper.

Dated: March 6, 2014                             Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                         By:    /s/ YHimel
                                                 YOSHINORI H. T. HIMEL
                                                 Assistant U.S. Attorney
                                                 Attorneys for Petitioner
                                                 United States of America



# Summons

## Collection Information Statement

In the matter of  RICHARD RODRIGUEZ, PO BOX 4314, FRESNO, CA 93744-4314
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:** RICHARD RODRIGUEZ
**At:** PO BOX 4314,  FRESNO, CA  93744-4314

You are hereby summoned and required to appear before LORENA RAMOS, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 04/01/2012  To CURRENT

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

2525 CAPITOL STREET,  STE 206,  FRESNO  CA  93721  (559) 443-7632

Place and time for appearance: At  2525 CAPITOL STREET, STE 206, FRESNO, CA 93721

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  28th  day of  June , 2013  at  02:00   o'clock  P  m.
Issued under authority of the Internal Revenue Code this  28th  day of  May            , 2013

LORENA RAMOS                              REVENUE OFFICER
Signature of issuing officer                    Title

                                        Manager
Signature of approving officer *(if applicable)*    Title

Original -- to be kept by IRS

EXHIBIT A page  1 of  3



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5-28-13 | 1:30 |

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
|---|---|
| *[signed]* | REVENUE OFFICER |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| | |

Catalog No. 25000Q                     Form **6637** (Rev. 10-2010)

**EXHIBIT A page 2 of 3**

**Attachment 1 to Summons Form 6637**

In the matter of **RICHARD RODRIGUEZ**

Period information: Form 1040 for the calendar period ending December 31, 2007 and Form CIVPEN for the quarterly periods ending June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011 and September 30, 2011

**EXHIBIT A page 3 of 3**

**VERIFICATION BY REVENUE OFFICER LORENA RAMOS**

Revenue Officer Lorena Ramos, pursuant to 28 U.S.C. § 1746(a), verifies as follows:

1. I am the investigating Revenue Officer in this case.

2. Regarding the numbered paragraphs in this petition except for paragraphs 1 and 2:

    a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.

    b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.

    c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.

    d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2014

                                                           /s/ *Lorena Ramos*
                                                          LORENA RAMOS
                                                          Revenue Officer
                                                          Internal Revenue Service