BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>RICHARD RODRIGUEZ,<br><br>Respondent. | **1:14-cv-00326-LJO-GSA**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>(Doc. 8) |

     The United States petitions for enforcement of an I.R.S. summons issued May 28, 2013, as part of an investigation of the respondent to secure information needed to collect Form 1040 assessed federal income taxes for the tax year ending December 31, 2007, and civil penalties for the quarterly employment tax periods ending June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, and September 30, 2011.  The matter was referred to United States Magistrate Judge Gary S. Austin pursuant to U.S.C. § 636, et seq. and Local Rule 72-302.

On May 9, 2014, the Magistrate Judge ordered Respondent to show cause why the I.R.S. summons issued to him May 28, 2013, should not be enforced. The Petitioner served Respondent with the Verified Petition, Points and Authorities, and a certified copy of the Order to Show Cause, in Conformity with Fed. R. Civ. P. 4. Respondent neither filed an opposition to the enforcement under paragraph 7 of the order to show cause nor appeared at the May 9, 2014, hearing before the Magistrate Judge. On June 3, 2014, the Magistrate Judge filed Findings and Recommendations, finding that the summons enforcement requirements had been satisfied and recommending enforcement of the summons. The Clerk of Court served Respondent by mail with the Findings and Recommendations on June 3, 2014.

The Findings and Recommendations provided 14 days for the filing of objections. Neither party filed objections.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis, and determines that the summons enforcement is properly granted.

Accordingly, the Court hereby ORDERS:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed June 3, 2014, hereby are ADOPTED IN FULL.

2. The I.R.S. summons issued to Respondent is hereby ENFORCED.

3. Respondent Richard Rodriguez is ORDERED to appear before investigating Revenue Officer Lorena Ramos, or her designated representative, at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721, 21 days after the issuance of this order, or at a later date and time to be set in writing by Revenue Officer Lorena Ramos, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed. The District Court will retain jurisdiction to enforce its order by means of its contempt power.

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS
AND ENFORCING I.R.S. SUMMONS

4. The Clerk of the Court is directed to serve this and future orders by mail to Richard Rodriguez, 7233 W. Browning, Fresno, California  93723.

**SO ORDERED**
**Dated: June 18, 2014**

                                       **/s/ Lawrence J. O'Neill**
                                       **United States District Judge**