BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2775
Facsimile:  (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD RODRIGUEZ,<br><br>　　　　　　Respondent. | 1:14-cv-00326-LJO-EPG<br><br>**ORDER TO DISMISS AND CLOSE CASE**<br><br>Taxpayer:<br>**RICHARD RODRIGUEZ** |

　　　Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 14, the Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

　　Dated:   **April 14, 2016**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE